1030

[No. 19750-2-II.    Division Two.    December 13, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. JERRY
ALLEN STRABECK, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-01637-7, James D. Ladley, J., entered July 18, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Wood, J. Pro Tem.

[No. 14380-5-III.    Division Three.    December 17, 1996.]
DONALD LOWE, ET AL., *Appellants*, v. CITY OF
SPOKANE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-04920-2, Marcus M. Kelly, J., entered September 30, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Munson, J.

[No. 14453-4-III.    Division Three.    December 17, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
WAYNE HIBBARD, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 94-1-50120-7, Dennis D. Yule, J., entered November 1, 1994. *Affirmed in part* and *remanded* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Munson, J.

[No. 14526-3-III.    Division Three.    December 17, 1996.]
*In the Matter of the Marriage of* LINDA ANN
FERDERER, *Respondent, and* MERROL LYNN FERDERER,
*Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 92-3-01832-1, Michael E. Donohue, J., entered November 17, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Schultheis, J.